TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

*Attorneys for Plaintiffs,*
*Xochitl Enriquez*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Xochitl Enriquez, | Case No.: |
| Plaintiffs, | |
| vs. | **COMPLAINT** |
| U.S. Collections West, Inc. | |
| Defendant. | **JURY TRIAL DEMAND** |

1

NOW COMES THE PLAINTIFF, XOCHITL ENRIQUEZ, BY AND THROUGH COUNSEL, TRINETTE G. KENT, and for her Complaint against the Defendant, pleads as follows:

## JURISDICTION

1. This court has jurisdiction under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692k(d) and 28 U.S.C. §§1331,1337.

## VENUE

1. The transactions and occurrences which give rise to this action occurred in the City of Goodyear, Maricopa County, Arizona.

2. Venue is proper in the District of Arizona, Phoenix Division.

## PARTIES

3. The Defendant to this lawsuit is U.S. Collections West, Inc., which is an Arizona company and maintains its registered agent in the City of Phoenix, in Maricopa County, Arizona.

## GENERAL ALLEGATIONS

4. Defendant is attempting to collect a consumer type debt allegedly owed by Plaintiff, Xochitl Enriquez. This debt was a judgment that Defendant obtained against Plaintiff in the amount of $2,228.33 on June 30, 2015.

5. On or about July 21, 2015, Ms. Enriquez received a letter from Alan H. Zimmerman, P.C., attempting to collect the alleged debt in the amount of $2,228.33.

6. On or about July 31, 2015, Defendant sent a letter to Ms. Enriquez attempting to settle the alleged debt in the amount of $6,258.26. Defendant misrepresented the debt as a "Promissory Note."

7. Defendant misrepresented the amount of the debt, attempted to collect an amount not permitted by law, and used false, deceptive, or misleading representations or means in connection with the collection of the alleged debt, all in violation of the FDCPA.

## COUNT I-VIOLATION OF

## THE FAIR DEBT COLLECTION PRACTICES ACT

8. Plaintiff reincorporates the preceding allegations by reference.

9. At all relevant times, Defendant, in the ordinary course of its business, regularly engaged in the practice of collecting debts on behalf of other individuals or entities.

10. Plaintiff is a "consumer" for purposes of the FDCPA, and the account at issue in this case is a consumer debt.

11. Defendant is a "debt collector" under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692a(6).

12. Defendant's foregoing acts in attempting to collect this alleged debt violated the following provisions of the FDCPA:

   a. 15 U.S.C. §1692e(10) by using any false representations or deceptive means to collect an alleged debt. Defendant did this when it sent Ms. Enriquez a letter stating that she had to sign it, representing the letter as a "Promissory Note."

   b. 15 U.S.C. §1692e2(A) by misrepresenting the character, amount, or legal status of the debt, as Ms. Enriquez did not owe the amount represented in the letter from Defendant.

   c. 15 U.S.C. §1692f(1) by collecting any amount not permitted by law, as Ms. Enriquez had a Judgment entered for an amount significantly lower than the amount that Defendant was attempting to collect.

13. The Plaintiff has suffered economic, emotional, general, and statutory damages as a result of these violations of the FDCPA.

**WHEREFORE, PLAINTIFF PRAYS** that this court grant her a judgment against Defendant for actual damages, costs, interest, and attorneys' fees.

## **DEMAND FOR JUDGMENT RELIEF**

Accordingly, Plaintiff requests that the Court grant her the following relief against the Defendant:

a. Actual damages;

b. Statutory damages; and

c. Statutory costs and attorneys' fees.

## **JURY DEMAND**

Plaintiff hereby demands a trial by Jury.

DATED: August 31, 2015                KENT LAW OFFICES


By: _/s/ Trinette G. Kent_
Trinette G. Kent
Attorneys for Plaintiff,
Xochitl Enriquez